IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC KIRSCHNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-0370-D |
| | § | |
| JAMES D. DONDERO, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

This civil action is transferred to the docket of Judge Karen Gren Scholer for possible consolidation with Civil Action No. 3:22-CV-0203-S. All future pleadings shall be filed under Civil Action No. 3:22-CV-0370-S.

**SO ORDERED**.

March 15, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE