# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARC S. KIRSCHNER, *as Litigation Trustee of the Litigation Subtrust*, <br> Plaintiff, <br> v. <br> CPCM, LLC, *et al.*, <br> Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-203-S <br><br> ADV. PROC. NO. 21-03076-sgj11 |
| In re: <br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br> Debtor. | | CASE NO. 19-34054-sgj11 |

## ORDER

This Order addresses the parties' Unopposed Motion to Consolidate Motions to Withdraw the Reference ("Unopposed Motion to Consolidate") [ECF No. 12] in Case No. 3:22-cv-203-S. The Unopposed Motion to Consolidate is **GRANTED**. Pursuant to Fed. R. Civ. P. 42(a), the following cases are hereby consolidated with Case No. 3:22-cv-203-S, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. CPCM, LLC et al.*:

- Case No. 3:22-cv-229-C, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. Okada, et al.*;

- Case No. 3:22-cv-253-E, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. NexPoint Advisors, L.P., et al.*;

- Case No. 3:22-cv-367-B, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. Dondero, et al.*;

- Case No. 3:22-cv-369-L, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. Scott, et al.*; and

- Case No. 3:22-cv-370-D, *Marc S. Kirschner, as Litigation Trustee of the Litigation Sub-Trust v. CLO Holdco, Ltd., et al.*

Pursuant to L.R. 42.1, all pleadings, motions, or other papers will be filed in Case No. 3:22-cv-203-S.  The Clerk of the Court shall administratively close Case Nos. 3:22-cv-229-C, 3:22-cv-253-E, 3:22-cv-367-B, 3:22-cv-369-L, and 3:22-cv-370-D.

**SO ORDERED.**

SIGNED March 22, 2022.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE